## WICK v. STATE.

### No. 18950.

Court of Criminal Appeals of Texas.
April 21, 1937.

Tom Sanders, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Forgery of a deed is the offense; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular. The record is before us without statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.